ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
AKOP KRBOYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:02-CR-5438 AWI |
| Plaintiff, | |
| vs. | ORDER TO TERMINATE SUPERVISED RELEASE |
| AKOP KRBOYAN, | |
| Defendant. | |

**TO ALL PARTIES OF RECORD:**

For the reasons forth in Defendant's Supplemental Declaration filed on June 4, 2013, Defendant's Request for an Order to Terminate Supervised Release is GRANTED.


IT IS SO ORDERED.

Dated:  June 4, 2013              _____
                                   SENIOR DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER TO TERMINATE SUPERVISED RELEASE
CASE NO.: 1:02-CR-5438 AWI